No. 85–5779.   POOLE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5782.   LOJUK v. JOHNSON.   C. A. 7th Cir.   Certiorari denied.

No. 85–5783.   KNIGHT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–5785.   REDDICK v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 85–5788.   DANIEL v. UNITED STATES PARCEL SERVICE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–5789.   CANNIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5791.   MYRICK v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 3d Cir.   Certiorari denied.

No. 85–5796.   IVY v. REED, FORMER WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5797.   AHMED v. HUGHES AIRCRAFT CO.   C. A. 9th Cir.   Certiorari denied.

No. 85–5798.   HENNESSY v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 85–5801.   BUNCH v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–5804.   HUNTER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5806.   CHANEY v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 85–5807.   LUCIEN v. CHRANS, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 85–5808.   STANFORD v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.